IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:99CR3025 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MELODY E. OTZEL, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against the Melody E. Otzel, and for good cause shown,

IT IS HEREBY ORDERED that the garnishment against Centennial Park Retirement, is released.

DATED this 11th day of July, 2006.     BY THE COURT:

*s/Richard G. Kopf*
United States District Judge