IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:99CR3025 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MELODY OTZEL, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Centennial Park Retirement, 510 Centennial Circle, North Platte, NE 69101,

IT IS HEREBY ORDERED that the garnishment against Centennial Park Retirement, is released.

Dated November 6, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge